# In the United States Court of Federal Claims

No. 10-851 T
(Filed: October 26, 2018)

**CHARLES P. ADKINS and
JANE E. ADKINS**

    **Plaintiffs**

  v                                 **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

Pursuant to the court's Opinion and Order, filed October 26, 2018,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' complaint is dismissed with prejudice.   No costs.

    Lisa L. Reyes
    Clerk of Court

    s/Anthony Curry

    Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.